EARL DAFFER et al., as Executors of MARY LEONARD, Deceased, Respondents, *v.* BROOKLYN SAVINGS BANK, Defendant, and JANE LARKIN, Appellant.

(Argued January 14, 1936; decided January 28; 1936.)

*Aaron William Levy* for appellant.

*Honour B. Gelson* and *Junius Pendleton Wilson, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.